```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA            :
                                    :       ORDER
    v.                              :
                                    :       15 CR 468-11 (VB)
SEAN YORK,                          :
                       Defendant.   :
--------------------------------------------------------x
```

    Having (i) reviewed defendant Sean York's application for early termination of supervised release dated November 29, 2021 (which will be separately docketed); (ii) consulted with Mr. York's probation officer, who recommends that the application be granted because defendant has successfully completed more than two-thirds of his three-year term of supervision, completed outpatient drug treatment, and demonstrated that he has the necessary skills to continue to be a productive and law-abiding member of society without the need for court supervision; and (iii) considered the factors set forth in 18 U.S.C. § 3553(a), the Court is satisfied that early termination of supervised release pursuant to 18 U.S.C. § 3583(e) is warranted by Mr. York's conduct and the interest of justice.

    Accordingly, supervised release is terminated, and defendant Sean York is discharged therefrom, effective immediately.

    Chambers will mail a copy of this Order to defendant at the following address:

Sean York
531 Coldspring Road
Monticello, NY  12701

Dated: December 9, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge